# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA

MARCY J. VELASQUEZ

V.

JACK L. WILLIAMS and PEGGY A. WILLIAMS, individually and as General Partners, dba ARCTIC CIRCLE, LLOYD F. SCOTT and ANN B. SCOTT, as Trustees or dba SCOTTOLOGY FOUNDATION, and DOES ONE to FIFTY, inclusive

TO: (Name and address of defendant)

Jack L. Williams and Peggy A. Williams
4920 Spruce Way
Arcata, CA 95521-4627

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 08    1106   JCS

Lloyd F. Scott and Ann B. Scott as Trustees or dba Scottology Foundation
445 Nora Court
Walnut Creek CA 94597-6826

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JASON K. SINGLETON
RICHARD E. GRABOWSKI
SINGLETON LAW GROUP
611 "L" STREET, SUITE "A"
EUREKA, CA 95501
(707) 441-1177



an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

FEB 2 5 2008
DATE

(BY) DEPUTY CLERK