HENSON & HENSON
Larry D. Schuh   Bar No. 057286
1150 Civic Drive, Suite 300
Walnut Creek, CA 94596=8221
Tel: (925) 943-1620
Fax: (925) 943-7524

Attorneys for Defendants Lloyd F. Scott and Ann B. Scott,
as Trustees or dba Scottology Foundation

FILED
08 MAR 27 PM 3: 34

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY J. VELASQUEZ<br><br>Plaintiff,<br><br>vs.<br><br>JACK L. WILLIAMS and PEGGY A. WILLIAMS, individually and as General Partners, dba ARCTIC CIRCLE, LLOYD F. SCOTT and ANN B. SCOTT, as Trustees or dba SCOTTOLOGY FOUNDATION, and DOES ONE to FIFTY, inclusive<br><br>Defendants. | CASE NO. CV08-1106 JCS<br><br>ANSWER TO COMPLAINT BY LLOYD F. SCOTT and ANN B. SCOTT, as Trustees or dba SCOTTOLOGY FOUNDATION<br><br>JURY TRIAL DEMANDED |

Defendants Lloyd F. Scott and Ann B. Scott, sued herein as Trustees or dba Scottology Foundation answer the complaint herein as follows:

1. Admit.

2. Admit.

3. Deny in that the restaurant is owned by SCOTTOLOGY FOUNDATION and is being operated by Arctic Circle Restaurants, Inc., a Delaware corporation under lease.

4. Answering Paragraph 4 of the Complaint, these defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every

1

ANSWER - CASE NO. CV06-2464 PA VBKx

1 allegation contained therein.

2-5 5. Answering Paragraph 5 of the Complaint, these defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

6-9 6. Admit that defendants Lloyd F. Scott and Ann B. Scott were "lessors" of the premises to non-party Arctic Circle Restaurants, Inc., a Delaware corporation and that the premises are owned by Scottology Foundation, a qualified charitable foundation.

10-13 7. Admit that defendants Lloyd F. Scott and Ann B. Scott were "lessors" of the premises to non-party Arctic Circle Restaurants, Inc., a Delaware corporation and that the premises are owned by Scottology Foundation, a qualified charitable foundation.

14-18 8. Admit that defendants Lloyd F. Scott and Ann B. Scott were "lessors" of the premises to non-party Arctic Circle Restaurants, Inc., a Delaware corporation and that the premises are owned by Scottology Foundation, a qualified charitable foundation. Except as so-admitted, deny the remainder of this paragraph.

19-23 9. Admit that defendants Lloyd F. Scott and Ann B. Scott were "lessors" of the premises to non-party Arctic Circle Restaurants, Inc., a Delaware corporation and that the premises are owned by Scottology Foundation, a qualified charitable foundation. Except as so-admitted, deny the remainder of this paragraph.

24 10. Deny the entirety of this paragraph.

25-28 11. Admit that defendants Lloyd F. Scott and Ann B. Scott were "lessors" of the premises to non-party Arctic Circle Restaurants, Inc., a Delaware corporation and that the premises are owned by Scottology Foundation, a qualified charitable foundation. Except as so-admitted, deny the remainder of

this paragraph. Deny that these defendants operate the restaurant. Admit that the restaurant is part of a "public accommodation or facility" within the meaning of state and federal law.

12. Answering Paragraph 12 of the Complaint, these defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

13. Answering Paragraph 13 of the Complaint, these defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

14. Answering Paragraph 14 of the Complaint, these defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

15. Answering Paragraph 15 of the Complaint, these defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

16. Answering Paragraph 16 of the Complaint, these defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

17. These defendants incorporate by reference, as if fully set forth again herein, the answers to paragraphs 1 through 16as if separately replied.

18. This paragraph's allegations consist of conclusions of law which require no answer.

19. This paragraph's allegations consist of conclusions of law which require

1 | no answer.
2 | 20. This paragraph's allegations consist of conclusions of law which require
3 | no answer.
4 | 21. This paragraph's allegations consist of conclusions of law which require
5 | no answer.
6 | 22. This paragraph's allegations consist of conclusions of law which require
7 | no answer.
8 | 23. This paragraph's allegations consist of conclusions of law which require
9 | no answer.
10 | 24. This paragraph's allegations consist of conclusions of law which require
11 | no answer.
12 | 25. Answering Paragraph 25 of the Complaint, these defendants are without
13 | sufficient knowledge or information to form a belief as to the truth of the
14 | allegations contained in said paragraph, and on that basis deny each and every
15 | allegation contained therein.
16 | 26. This paragraph's allegations consist of conclusions of law which require
17 | no answer.
18 | 27. Answering Paragraph 27 of the Complaint to the extent that it makes
19 | allegations beyond a conclusion of law, these defendants are without
20 | sufficient knowledge or information to form a belief as to the truth of the
21 | allegations contained in said paragraph, and on that basis deny each and every
22 | allegation contained therein.
23 | 28. Answering Paragraph 28 of the Complaint, these defendants are without
24 | sufficient knowledge or information to form a belief as to the truth of the
25 | allegations contained in said paragraph, and on that basis deny each and every
26 | allegation contained therein.
27 | 29. Answering Paragraph 29 of the Complaint to the extent that it makes
28 | allegations beyond a conclusion of law, these defendants are without

1 sufficient knowledge or information to form a belief as to the truth of the
2 allegations contained in said paragraph, and on that basis deny each and every
3 allegation contained therein.
4 30. Answering Paragraph 30 of the Complaint to the extent that it makes
5 allegations beyond a conclusion of law, these defendants are without
6 sufficient knowledge or information to form a belief as to the truth of the
7 allegations contained in said paragraph, and on that basis deny each and every
8 allegation contained therein.
9 31. Answering Paragraph 31 of the Complaint to the extent that it makes
10 allegations beyond a conclusion of law, these defendants are without
11 sufficient knowledge or information to form a belief as to the truth of the
12 allegations contained in said paragraph, and on that basis deny each and every
13 allegation contained therein.
14 32. Answering Paragraph 32 of the Complaint to the extent that it makes
15 allegations beyond a conclusion of law, these defendants are without
16 sufficient knowledge or information to form a belief as to the truth of the
17 allegations contained in said paragraph, and on that basis deny each and every
18 allegation contained therein.
19 33. Answering Paragraph 33 of the Complaint to the extent that it makes
20 allegations beyond a conclusion of law, these defendants are without
21 sufficient knowledge or information to form a belief as to the truth of the
22 allegations contained in said paragraph, and on that basis deny each and every
23 allegation contained therein.
24 34. These defendants incorporate by reference, as if fully set forth again
25 herein, the answers to paragraphs 1 through 33 as if separately replied.
26 35. This paragraph's allegations consist of conclusions of law which require
27 no answer.
28 36. Answering Paragraph 36 of the Complaint to the extent that it makes

1 allegations beyond a conclusion of law, these defendants are without
2 sufficient knowledge or information to form a belief as to the truth of the
3 allegations contained in said paragraph, and on that basis deny each and every
4 allegation contained therein.
5 37. Answering Paragraph 37 of the Complaint to the extent that it makes
6 allegations beyond a conclusion of law, these defendants are without
7 sufficient knowledge or information to form a belief as to the truth of the
8 allegations contained in said paragraph, and on that basis deny each and every
9 allegation contained therein.
10 38. Answering Paragraph 38 of the Complaint, admit.
11 39. Answering Paragraph 39 of the Complaint to the extent that it makes
12 allegations beyond a conclusion of law, these defendants are without
13 sufficient knowledge or information to form a belief as to the truth of the
14 allegations contained in said paragraph, and on that basis deny each and every
15 allegation contained therein.
16 40. Answering Paragraph 40 of the Complaint to the extent that it makes
17 allegations beyond a conclusion of law, these defendants are without
18 sufficient knowledge or information to form a belief as to the truth of the
19 allegations contained in said paragraph, and on that basis deny each and every
20 allegation contained therein.
21 41. This paragraph's allegations consist of conclusions of law which require
22 no answer.
23 42. Answering Paragraph 42 of the Complaint, these defendants are without
24 sufficient knowledge or information to form a belief as to the truth of the
25 allegations contained in said paragraph, and on that basis deny each and every
26 allegation contained therein.
27 43. Admit that defendants Lloyd F. Scott and Ann B. Scott were "lessors" of
28 the premises to non-party Arctic Circle Restaurants, Inc., a Delaware

1 corporation and that the premises are owned by Scottology Foundation, a
2 qualified charitable foundation. Except as so-admitted, deny the remainder of
3 this paragraph.
4 44. Answering Paragraph 42 of the Complaint, these defendants are without
5 sufficient knowledge or information to form a belief as to the truth of the
6 allegations contained in said paragraph, and on that basis deny each and every
7 allegation contained therein.
8 45. Answering Paragraph 45 of the Complaint, these defendants are without
9 sufficient knowledge or information to form a belief as to the truth of the
10 allegations contained in said paragraph, and on that basis deny each and every
11 allegation contained therein.
12 46. Answering Paragraph 46 of the Complaint, these defendants are without
13 sufficient knowledge or information to form a belief as to the truth of the
14 allegations contained in said paragraph, and on that basis deny each and every
15 allegation contained therein.
16 47. Answering Paragraph 47 of the Complaint, these defendants deny the
17 same on their own behalf, and as to co-defendants are without sufficient
18 knowledge or information to form a belief as to the truth of the allegations
19 contained in said paragraph, and on that basis deny each and every allegation
20 contained therein.
21 48. Answering Paragraph 48 of the Complaint, these defendants deny the
22 same on their own behalf, and as to co-defendants are without sufficient
23 knowledge or information to form a belief as to the truth of the allegations
24 contained in said paragraph, and on that basis deny each and every allegation
25 contained therein.
26 49. Answering Paragraph 49, these defendants deny that plaintiff is entitled
27 to any damages whatsoever as to them.
28 50. Answering Paragraph 50 of the Complaint, these defendants deny the

7

ANSWER - CASE NO. CV06-2464 PA VBKx

same on their own behalf, and as to co-defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

51. These defendants incorporate by reference, as if fully set forth again herein, the answers to paragraphs 1 through 50 as if separately replied.

52. Answering Paragraph 52 of the Complaint, these defendants deny the same on their own behalf, and as to co-defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

53. This paragraph's allegations consist of conclusions of law which require no answer.

54. Answering Paragraph 54 of the Complaint, these defendants deny the same on their own behalf, and as to co-defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

55. Answering Paragraph 55 of the Complaint, these defendants deny the same on their own behalf, and as to co-defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

56. Answering Paragraph 56, these defendants deny that plaintiff is entitled to any damages whatsoever as to them.

57. Answering Paragraph 57 of the Complaint, these defendants deny the same on their own behalf, and as to co-defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations

contained in said paragraph, and on that basis deny each and every allegation contained therein.

58. Answering Paragraph 58 of the Complaint, these defendants deny the same on their own behalf, and as to co-defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

59. Answering Paragraph 59, these defendants deny that plaintiff is entitled to any damages or other relief whatsoever as to them.

60. Answering Paragraph 60 of the Complaint to the extent that it makes allegations beyond a conclusion of law, these defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

61. Answering Paragraph 61 of the Complaint, these defendants deny the same on their own behalf, and as to co-defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

62. Answering Paragraph 62 of the Complaint, these defendants deny the same on their own behalf, and as to co-defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

63. Answering Paragraph 63, these defendants deny that plaintiff is entitled to any damages or other relief whatsoever as to them.

64. These defendants incorporate by reference, as if fully set forth again herein, the answers to paragraphs 1 through 63 as if separately replied.

65. Answering Paragraph 62 of the Complaint, these defendants deny the same on their own behalf, and as to co-defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

66. This paragraph's allegations consist of conclusions of law which require no answer.

67. This paragraph's allegations consist of conclusions of law which require no answer.

68. Answering Paragraph 68 of the Complaint, these defendants deny the same on their own behalf, and as to co-defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

**AFFIRMATIVE DEFENSES:**

1. The Complaint fails to state a claim for which relief can be granted as to these defendants.

2. The Complaint is vague and ambiguous as to the parties to the case and their capacities under which they are being sued.

3. Plaintiff failed to join a party under Rule 19: Arctic Circle Restaurants, Inc., a Delaware Corporation.

WHEREFORE:

1. These defendants pray that the complaint be dismissed as to them.

2. These defendants pray for costs of suit.

DATED: March 26, 2008                    HENSON AND HENSON

                                         Larry D. Schuh,
                                         Attorneys for Third Party Plaintiffs

10

ANSWER - CASE NO. CV06-2464 PA VBKx

|   |   |
|---|---|
| 1 | STATE OF CALIFORNIA ) |
| 2 | COUNTY OF CONTRA COSTA ) |

### PROOF OF SERVICE BY MAIL

I am employed in the County of Contra Costa, State of California. I am over the age of 18 and not a party to the within action; my business address is 1150 Civic Drive, Suite 300, Walnut Creek, CA 94596.

On this date, I served on the interested parties in this action by placing a true copy of

ANSWER TO COMPLAINT

enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Walnut Creek, California, addressed as follows:

Jason K. Singleton

Singleton Law Group

611 L Street, Suite A

Eureka, CA 95501

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed March 26, 2008, at Walnut Creek, California.

Larry D. Schuh