```
 1  HENSON & HENSON
    Larry D. Schuh    Bar No. 057286
 2  1150 Civic Drive, Suite 300
    Walnut Creek, CA 94596-8221
 3  Tel: (925) 943-1620
    Fax: (925) 943-7524
 4
    Attorneys for Defendants and Third-
 5  Party Plaintiffs Lloyd F. Scott and Ann B. Scott,
    individually, and Scottology Foundation, a Charitable
 6  Foundation
 7
 8              UNITED STATES DISTRICT COURT
 9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10  MARCY J. VELASQUEZ         )
                               )   CASE NO. CV08-1106 JCS
11          Plaintiff,         )
                               )   THIRD PARTY COMPLAINT BY
12      vs.                    )   DEFENDANTS AND THIRD-
                               )   PARTY PLAINTIFFS LLOYD F.
13  JACK L. WILLIAMS and PEGGY )   SCOTT AND ANN B. SCOTT,
    A. WILLIAMS, individually and as )  INDIVIDUALLY, AND
14  General Partners, dba ARCTIC )   SCOTTOLOGY FOUNDATION,
    CIRCLE, LLOYD F. SCOTT and )   A CHARITABLE
15  ANN B. SCOTT, as Trustees or )   FOUNDATION FOR
    dba SCOTTOLOGY             )   INDEMNITY
16  FOUNDATION, and DOES ONE   )
    to FIFTY, inclusive        )   JURY TRIAL DEMANDED
17                             )
            Defendants.        )
18                             )
                               )
19                             )
    LLOYD F. SCOTT and ANN B.  )
20  SCOTT, and SCOTTOLOGY      )
    FOUNDATION, a Charitable   )
21  Foundation                 )
                               )
22          Third Party Plaintiffs, )
                               )
23      v.                     )
                               )
24  ARCTIC CIRCLE              )
    RESTAURANTS, INC., A       )
25  DELAWARE CORPORATION       )
                               )
26          Third Party Defendant. )
27
28  ////
```

FILED
08 MAR 27 PM 3:34

3

THIRD PARTY COMPLAINT - CASE NO. CV06-2464 PA VBKx

Defendants and Third-Party Plaintiffs Lloyd F. Scott and Ann B. Scott, individually, and Scottology Foundation, a Charitable Foundation, claims as follows:

1. Third Party Plaintiffs Lloyd F. Scott and Ann B. Scott are individuals residing at 445 Nora Court, Walnut Creek, CA 94597. Third Party Plaintiff Scottology Foundation is an Approved Private charitable foundation with its headquarters at 445 Nora Court, Walnut Creek, CA 94597. Lloyd F. Scott and Ann B. Scott have at all times been Managing Directors of Scottology Foundation.

2. The real property that is the subject of this action is owned by Scottology Foundation, having been deeded to that entity by Lloyd and Ann Scott on December 31, 1999.

3. Defendant Arctic Circle Restaurants, Inc. is a Delaware corporation that has since January 1, 1996, leased the real property that is the subject of this action and has had exclusive management and control thereof. The lease, which expires December 31, 2010, requires that Arctic Circle Restaurants, Inc. maintain the property in a proper and legal manner, that it comply with all laws and regulations, and that it defend and indemnify lessors from any claim arising from their occupation and use of the property.

4. The lease provides that the prevailing party to any claim pay all attorney fees, costs, and expenses.

5. Third Party Plaintiffs have requested that Arctic Circle Restaurants, Inc. defend and indemnify them from the present lawsuit; however, this request has been refused.

WHEREFORE: Third Party Plaintiffs request a judgment against Third Party Defendant for full indemnity from the present lawsuit, with costs and attorney fees

1 | DATED: March 26, 2008           HENSON AND HENSON
2
3                                   *[signature]*
4                                   Larry D. Schuh,
                                    Attorneys for Third Party Plaintiffs
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

THIRD PARTY COMPLAINT - CASE NO. CV06-2464 PA VBKx

|   |   |
|---|---|
| 1 | STATE OF CALIFORNIA    ) |
|   |                        ) |
| 2 | COUNTY OF CONTRA COSTA ) |

**PROOF OF SERVICE BY MAIL**

I am employed in the County of Contra Costa, State of California. I am over the age of 18 and not a party to the within action; my business address is 1150 Civic Drive, Suite 300, Walnut Creek, CA 94596.

On this date, I served on the interested parties in this action by placing a true copy of

                Third Party Complaint

enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Walnut Creek, California, addressed as follows:

Jason K. Singleton

Singleton Law Group

611 L Street, Suite A

Eureka, CA 95501

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed March 26, 2008, at Walnut Creek, California.

                                         _____
                                         Larry D. Schuh