AO 441 (Rev. 3/95) Third Party Summons in a Civil Action



# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF<br>MARCY J. VELASQUEZ | **THIRD PARTY SUMMONS IN A CIVIL ACTION** |
| V. DEFENDANT AND THIRD PARTY PLAINTIFF<br><br>LLOYD F. SCOTT AND ANN B. SCOTT, INDIVIDUALS, AND SCOTTOLOGY FOUNDATION, A CHARITABLE FOUNDATION | CASE NUMBER: CV 08-1106 JCS |
| V. THIRD PARTY DEFENDANT<br><br>ARCTIC CIRCLE RESTAURANTS, INC., A DELAWARE CORPORATION | |

TO: (Name and address of defendant)

Arctic Circle Restaurants, Inc., 411 West 7200 South, Suite 200, P.O. Box 339, Midvale, UT

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

| PLAINTIFF'S ATTORNEY, (name and address) | DEFENDANTS AND THIRD-PARTY PLAINTIFF'S ATTRONEY (name and address) |
|---|---|
| Jason D. Singleton, Esq.<br>Singleton Law Group<br>611 "L" Street, Suite A<br>Eureka, CA 95501<br>(707) 441-1177<br>Fax: (707) 441-1533 | Larry D. Schuh, Esq.<br>Henson and Henson<br>1150 Civic Drive, Suite 300<br>Walnut Creek, CA 94596<br>(925) 943-1620<br>Fax: (925) 943-7524 |

an answer to the third-party complaint which is herewith served upon you, within __20__ days after service of this summons upc you exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

**RICHARD W. WIEKING**
CLERK

**GINA AGUSTINE-RIVAS**
(BY) DEPUTY CLERK

MAR 2 7 2008
DATE