FILED

08 APR 30 PM 3: 44

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | HENSON & HENSON
  | Larry D. Schuh   Bar No. 057286
2 | 1150 Civic Drive, Suite 300
  | Walnut Creek, CA 94596=8221
3 | Tel: (925) 943-1620
  | Fax: (925) 943-7524
4
5 | Attorneys for Defendants and Third-Party Plaintiffs
  | Lloyd F. Scott and Ann B. Scott,
  | as Trustees or dba Scottology Foundation
6
7
8 | UNITED STATES DISTRICT COURT
  | FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY J. VELASQUEZ ) | |
| Plaintiff, ) | CASE NO. CV08-1106 JCS |
| ) | |
| vs. ) | CONSENT BY LLOYD F. SCOTT AND ANN B. SCOTT, AS TRUSTEES OR DBA SCOTTOLOGY FOUNDATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| JACK L. WILLIAMS and PEGGY ) A. WILLIAMS, individually and as ) General Partners, dba ARCTIC ) CIRCLE, LLOYD F. SCOTT and ) ANN B. SCOTT, as Trustees or ) dba SCOTTOLOGY ) FOUNDATION, and DOES ONE ) to FIFTY, inclusive ) | |
| ) | BY FAX |
| Defendants. ) | |

   In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

////
////

CONSENT - CASE NO. CV08-1106 JCS

1

| | | |
|---|---|---|
| 1 | DATED: April 28, 2008 | HENSON AND HENSON |
| 2 | | |
| 3 | | |
| 4 | | *[signature]* |
| 5 | | Larry D. Schuh, Attorneys for Defendants and Third-Party Plaintiffs Lloyd F. Scott and Ann B. Scott, as Trustees or dba Scottology Foundation |

CONSENT - CASE NO. CV08-1106 JCS

2

| | |
|---|---|
| 1 | STATE OF CALIFORNIA ) |
| 2 | COUNTY OF CONTRA COSTA ) |

**PROOF OF SERVICE BY MAIL**

I am employed in the County of Contra Costa, State of California. I am over the age of 18 and not a party to the within action; my business address is 1150 Civic Drive, Suite 300, Walnut Creek, CA 94596.

On this date, I served on the interested parties in this action by placing a true copy of

CONSENT

enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Walnut Creek, California, addressed as follows:

Jason K. Singleton
Singleton Law Group
611 L Street, Suite A
Eureka, CA 95501

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed April 29, 2008, at Walnut Creek, California.

_____
Larry D. Schuh