**JASON K. SINGLETON, CSB#166170**
**RICHARD E. GRABOWSKI, CSB#236207**
**SINGLETON LAW GROUP**
**611 "L" STREET, SUITE "A"**
**EUREKA, CA 95501**
**(707) 441-1177**
**FAX 441-1533**

**Attorneys for Plaintiff, MARCY VELASQUEZ**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCY VELASQUEZ,**<br>                **Plaintiff(s),**<br>        v.<br><br>**JACK L. WILLIAMS** and **PEGGY A. WILLIAMS, et al.,**<br><br>                **Defendant(s).** | **CASE NUMBER**<br><br>**C-08-1108 JCS**<br><br>**NOTICE OF DISMISSAL PURSUANT RULE 41(a) OR (c) F.R.Civ.P.** |

PLEASE TAKE NOTICE: (Check one)

■    This action is dismissed by the Plaintiff (s) in its entirety.

☐    The Counterclaim brought by Claimant (s) _____ is

        dismissed by Claimant (s) in its entirety.

☐    The Cross-Claim brought by Claimant (s) _____ is

        Dismissed by the Claimant (s) in its entirety.

☐    The Third-party Claim brought by Claimant (s) _____ is

        Dismissed by the Claimant (s) in its entirety.

■    ONLY Defendant (s)  **JACK L. WILLIAMS, PEGGY A. WILLIAMS**

        (are) dismissed from

        (Circle one)        Complaint, Counterclaim, Cross-claim, Third Party Claim

        brought by                          Plaintiff                                        .

The dismissal is made pursuant to Rule 41 (a)  or  (c) of the Federal Rules of Civil Procedure.

DATED:        June 11, 2008                /s/ Jason K. Singleton
                                                        Signature of Attorney/Party

NOTE: F.R.Civ.P. 41(a): THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE BY THE ADVERSE
        PARTY OF AN ANSWER OR OF A MOTION FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

        F.R.Civ.P. 41(c):  COUNTERCLAIMS, CROSS-CLAIMS & THIRD-PARTY CLAIMS MAY BE DISMISSED
        BEFORE SERVICE OF A RESPONSIVE PLEADING OR PRIOR TO THE BEGINNING OF TRIAL.