1  **JASON K. SINGLETON,** State Bar #166170
   jason@singletonlawgroup.com
2  **RICHARD E. GRABOWSKI,** State Bar #236207
   rgrabowski@mckinleyville,net
3  **SINGLETON LAW GROUP**
   611 "L" Street, Suite A
4  Eureka, CA 95501
   (707) 441-1177
5  Attorney for Plaintiff, MARCY VELASQUEZ

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCY J. VELASQUEZ,** | Case No. C-08-1106-JCS |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND** |
| | **(Proposed) ORDER** |
| **JACK L. WILLIAMS and PEGGY A. WILLIAMS, individually and as General Partners, dba ARCTIC CIRCLE, LLOYD F. SCOTT and ANN B. SCOTT, as Trustees or dba SCOTTOLOGY FOUNDATION, and DOES ONE to FIFTY, inclusive,** | |
| Defendants. | |

Plaintiff MARCY VELASQUEZ, Defendants JACK L. WILLIAMS and PEGGY A. WILLIAMS, dba ARCTIC CIRCLE, and LLOYD F. SCOTT and ANN B. SCOTT, as Trustees of SCOTTOLOGY FOUNDATION, and Third Party Defendants ARCTIC CIRCLE RESTAURANTS, INC. (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have resolved all claims and agreed to the dismissal of the Complaint filed in the above-captioned action with prejudice, each party to bear their own attorney fees and costs, and agreed to dismissal of the Third-Party Complaint without prejudice, each party to bear their own attorney fees and costs.

2. Accordingly, the Parties jointly request the Court to dismiss Plaintiff's Complaint with prejudice and Defendants' Third Party Complaint, without prejudice.

**SINGLETON LAW GROUP**

Dated:    June 11, 2008          /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for
Plaintiff, **MARCY VELASQUEZ**

**HENSON & HENSON**

Dated:    June 11, 2008          /s/ Larry D. Schuh
LARRY D. SCHUH, Attorney for Defendant
**SCOTTOLOGY FOUNDATION**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal and for good cause appearing, it is hereby ORDERED:

1. The Complaint filed in <u>VELASQUEZ vs WILLIAMS, et al.</u>, Case Number C-08-1106 JCS, is dismissed with prejudice with each party to bear their own attorneys fees and costs. The Third-Party Complaint in this matter is dismissed without prejudice with each party to bear their own attorneys fees and costs.

Dated:  June 12, 2008                         _____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE